310 S.W.3d 316 (2010)
In the Interest of: J.H.E., J.L.E. and C.R.E.,
J.H.E. and C.A.E., Appellants,
v.
MISSOURI CHILDREN'S DIVISION, Respondent.
Nos. WD 71577, WD 71578, WD 71579.
Missouri Court of Appeals, Western District.
May 25, 2010.
Frederick P. Tucker, Macon, MO, for Appellants.
William P. Devoy, Brookfield, MO, for Plaintiffs.
Gary L. Gardner, Jefferson City, MO, for Respondent.
Before THOMAS H. NEWTON, C.J., JAMES EDWARD WELSH, and GARY D. WITT, JJ.

ORDER
PER CURIAM:
J.H.E. and C.A.E. appeal the juvenile court's judgment terminating their parental rights to J.H.E., J.L.E., and C.R.E. They contest the sufficiency of the evidence supporting the court's findings.
For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).